# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JEANNETTE TORRES CONCEPCION

XXX-XX-6574

Debtor(s)

CASE NO. 04-09727 SEK

Chapter 13

FILED & ENTERED ON 4/5/2005

## ORDER DISMISSING CASE

For the reason stated in open Court at the hearing held on 04/04/05, this case is hereby dismissed. Trustee is awarded 65.00 for costs.

SO ORDERED.

San Juan, Puerto Rico, this April 05, 2005.

SARA E. DE JESUS KELLOG
U.S. Bankruptcy Judge

CC: DEBTOR (S)
ROBERTO FIGUEROA CARRASQUILL
JOSE RAMON CARRION MORALES,
ALL CREDITORS