# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

**JEANNETTE TORRES CONCEPCION**

**XXX-XX-6574**

**Debtor(s)**

**CASE NO. 04-09727 SEK**

**Chapter 13**

FILED & ENTERED ON 8/2/2005

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 4/5/2005. The Chapter 13 Trustee has filed the Final Report and Account of his administration of this estate. Accordingly, it is now

ORDERED that the Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon be released from further liability thereunder and that the estate be and is hereby closed.

San Juan, Puerto Rico, this 02 day of August, 2005.

**SARA E. DE JESUS KELLOGG**
U.S. Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES